## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| **ENDURANCE WARRANTY SERVICES, L.L.C., an Illinois limited liability company,**<br><br>Plaintiffs,<br><br>v.<br><br>**NATIONWIDE AUTOPROTECT, a New Jersey limited liability company and EGV COMPANIES, INC., incorrectly sued as ENSURETY VENTURES, LLC,**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26-cv-03622 |

## AGREED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Plaintiff, Endurance Warranty Services, LLC, an Illinois ("Endurance"), by and through their attorneys, hereby submit this agreed motion for entry of the [Proposed] Stipulated Protective Order attached hereto as Exhibit A. In support, the parties state as follows:

1. Plaintiff's Amended Complaint seeking Injunctive and Other Relief was filed in the Northern District of Illinois on April 28, 2026.

2. This Court granted Plaintiff's Order on April 29, 2026, Expediting Discovery, with a due date for written discovery of ten (10) calendar days from the April 29th Order of this Court or receipt of the discovery requests, whichever is later.

3. Per Federal Rule of Civil Procedure 26(c)(1), a draft stipulated protective order was distributed among the parties on May 4, 2026. Nationwide had no objections to the proposal. Counsel for Endurance and EGV Companies, Inc. met and conferred on May 11, 2026 to discuss the [Proposed] Stipulated Protective Order.

57798194.2

4. The parties have determined that certain responsive documents, answers to interrogatories and other discovery requests, and testimony would reveal information that is confidential, proprietary, and privileged.

5. The parties determined the categories listed "highly confidential" as the items specifically identified in the Proposed Protective Order.

6. The parties determined the categories listed "confidential" as also specifically identified in the Proposed Protective Order.

7. Accordingly, in an effort to facilitate the discovery process and the exchange of information, the parties have agreed to entry of the [Proposed] Stipulated Protective Order, which was sent to the Court's Proposed Order inbox.

WHEREFORE, Plaintiff, Endurance Warranty Services, L.L.C., requests the entry of the [Proposed] Stipulated Protective Order as the parties have demonstrated good cause and particularized showing of specific harm that will result from disclosure.

DATED: May 11, 2026    Respectfully submitted,

By: */s/ Justin K. Beyer*
    One of Its Attorneys

**ENDURANCE WARRANTY
SERVICES, L.L.C.**

Justin K. Beyer (justin.beyer@saul.com)
Steven M. Malitz (steven.malitz@saul.com)
Joseph M. Kuo (josph.kuo@saul.com)
Saul Ewing LLP
161 North Clark Street, Suite 4200
Chicago, Illinois  60601
*Counsel for Plaintiff, Endurance Warranty Services, LLC*

57798194.2

3

## CERTIFICATE OF SERVICE

The undersigned, an attorney, does hereby certify that he caused a true and correct copy of the foregoing to be served on all counsel of record by way of the ECF Filing System this 11th day of May, 2026.

*/s/ Justin K. Beyer*
Justin K. Beyer

57798194.2